UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE CHATMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>CALFORNIA DEPARTMENT OF CORRECTIONS et al,<br><br>        Defendant. | Case Number: CV09-02460 MMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lonnie D. Chatman
Chino State Prison
P80734/B-H-AO-SEG-119-S
P.O. Box 441
Chino, CA 91708

Dated: March 12, 2010

                                        Richard W. Wieking, Clerk

                                        By: Frank Justiliano, Deputy Clerk